**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v. Case No. 8:26-cv-02923-WFJ-NHA

KRISTOPHER A. LUNSFORD,
AKL TRANSPORT LLC, and
SOUTHERN TRUCK LEASING LLC,

Defendants.
_______________________________________/

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

___X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *United States v. Kristopher Lunsford*, No. 8:26-cr-310-MSS-CPT (M.D. Fla. 2026) (pending);
- *TGH2 LLC v. Southern Truck Leasing LLC*, No. 6:26-cv-00422 (M.D. Fla. 2026) (pending);
- *In re Automated Trucking LLC*, No. 8:25-bk-03886 (Bankr. M.D. Fla. 2025) (pending); and
- *MGM Elite Trucking LLC v. AKL Transport LLC*, No. 8:2025-cv-01507 (M.D. Fla. 2025) (closed on October 30, 2025).

_______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or

administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: September 30, 2026

By: *<u>/s/ Michael C. Mikulic</u>*
Michael C. Mikulic
Trial Counsel
Fla. Bar No. 125073
Direct: (305) 982-6353
Mikulicm@sec.gov
*Lead Counsel*

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300